Elizabeth A. Leonard, Plaintiff

FILED
OFFICE

-7 P 1: 20   CIVIL ACTION

V

NO_____

Verizon New England Inc.
Telesector Resources Group, Inc. and
Verizon Advanced Data Inc., Defendant

125 High St Boston MA 02110

**05-40043FDS**

## COMPLAINT FOR DISCRIMATION

Parties

1.   **Elizabeth A. Leonard**, Plaintiff, is a resident of the City of Gardner in Worcester
     County, Massachusetts and is a citizen of the United States of America

2.   **Verizon New England, Inc. Telesector Resources Group, Inc. and Verizon
     Advanced Data Inc.,** Defendant, is an employer doing business in the Cities of
     Fitchburg and Gardner in Worcester County, Massachusetts in the United States
     of America.

Jurisdiction

3.   **This Court has jurisdiction over this matter pursuant to** 42 USC 12117

Facts

1.   In May 10 of 1999, the Plaintiff was employed by Bell Atlantic (Verizon) at the
     Fitchburg Massachusetts location and October1 of 2000 employed at the Gardner,
     Massachusetts location.

2.   The Plaintiff was employed as a member of International Brotherhood of
     Electrical Workers (A.F.L. - C.I.O.)

3.   During the Plaintiffs employment, she informed the defendant of her disabilities and
     that these disabilities made her job requirements harder for her to meet. The
     Plaintiff gave the Defendant documents of one of her disabilities and asked that they

be placed in her employment file and given consideration. These documents were not included in the copy of the Plaintiff's employment file that she received.

4. Plaintiff filed several grievances with the Union to protect her rights.

5. After the union became involved, the Defendant attempted to provide accommodations that were inadequate and then later revoked.

6. Plaintiff's employment was unjustly terminated in July, 2002 with no accommodations in effect at that time.

7. The Defendant discriminated against the Plaintiff throughout her employment. Such as failure to provide adequate accommodations, disciplinary actions as a result of the disabilities, harassment and termination. Also in the defendant's refusal to comply with Massachusetts state law regarding personnel files. The Plaintiff has made several requests for her files starting within one year of employment. To this date the plaintiff has yet to receive her complete personnel file.

8. The Defendant's discrimination has caused several adverse effects upon Plaintiff's health and aggravated the Plaintiff's disabilities and financial loss both during and after her employment with Defendant.|

9. The Plaintiff is asking that the Defendant be required to have a Union Representative available and on site during all operating hours, if for some unforeseeable event causes there to be no representative available then no actions or conversations can take place between Defendant or it's management staff and employees that could affect the employee's employment record and his employment with the Defendant. This would prevent the substitution of another co-worker for a Union Representative to protect the privacy rights of the employee and ensure that his rights are not violated. Voice recordings of observations and related conversations to prevent discrepancies and personality conflicts between the manager observing and the employee. Financial restitution to the State of Massachusetts for reimbursement of their expenses for Plaintiff's medical care and other support. Financial restitution to the United States government for Security disability payments. Financial restitution to the Plaintiff in the amount of $750,000. Plaintiff's court costs and Plaintiff's legal fees if any.

10. WHEREFORE, the Plaintiff demands judgment against the defendant for damages and such other relief as the court deems just.

11. The Plaintiff demands a trial by jury.

Elizabeth Leonard
*Elizabeth Leonard*
168 Witchcraft Rd
Gardner MA 01440
3/1/05

**05-400 48 FDS**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Elizabeth Leonard v Verizon_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

    ___    I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    _✓_    II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

                             *Also complete AO 120 or AO 121
                               for patent, trademark or copyright cases

    ___    III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    ___    IV.    220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    ___    V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                  YES ☐    NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

                                  YES ☐    NO ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                  YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                  YES ☐    NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                  YES ☐    NO ☑

    A.    If yes, in which division do all of the non-governmental parties reside?

    Eastern Division ☐    Central Division ☐    Western Division ☐

    B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

    Eastern Division ☐    Central Division ☑    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                                  YES ☐    NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME _Elizabeth Leonard_

ADDRESS _168 Avila Dr, 41 S Gardner MA 01440_

TELEPHONE NO. _(978) 630-3547_

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET    05-40043FDS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Elizabeth Leonard

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _Worcester_
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _Verizon New England_ (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.
125 High St Boston MA 02110

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
N/A

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

☒ 445 Amer. w/Disabilities - Employment (checked)

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 12117
Brief description of cause:
Amer. w/Disabilities - Employment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 150,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

DATE 3/7/05    SIGNATURE OF ATTORNEY OF RECORD Elizabeth Leonard

FOR OFFICE USE ONLY
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___