05-40043

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: Leonard v.s. Verizon
FOR:
AT:

PERSON REPRESENTED (Show your full name): Elizabeth Leonard

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☑ Other (Specify) Plaintiff in civil action

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
RECEIVED: $891 per/month SSI
SOURCES: Loans from parent
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $ 36.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____
DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent 226 per/month | Transportation / UEV / Other expenses | | 226.00 |
| Life Insur. | Met-Life | $138.00 | $19.50 |
| Comcast | | $3.00 | |
| Mass Electric | | $82.00 | $34.00 |
| Food 300.00 | Access | $75/m | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/6/05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Elizabeth Leonard

SSI + Resevual                          Disconected
   $891.00 per month                    Joyne
Other services    pans   social parent  Allentown

RENT $226 pay/month           Debt $?
Life insu: MetLife 19.50/m    Debt $35.00
            Comcast 51.40/m   Debt $5.00
Mass Electric $30.00 /m       ?
Phone    Access $75.00/m      Debt ?
2 x ? OTC meds $5.00
Transportation ?
Food $? ?
Laundry $5.00 ?/m
Cleaning goods $5.00/m
Clothes $?
Toiletries $15.00 /m

SOCIAL SECURITY ADMINISTRATION

Date: March 2, 2005
Claim Number: 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A
              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DI

ELIZABETH A LEONARD
168 MANCA DR APT 201
GARDNER MA 01440-3228

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

 Beginning December 2004, the full monthly
 Social Security benefit before any deductions is......$ 891.80

   We deduct $0.00 for medical insurance premiums each month.

 The regular monthly Social Security payment is.......$ 891.00
 (We must round down to the whole dollar.)

 Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

 Your Social Security benefits are paid on or about the third of each month.