# UNITED STATES DISTRICT COURT

__Central__ DISTRICT OF __Massachusetts__

ELIZABETH LEONARD PLAINTIFF
V.
VERIZON NEW ENGLAND INC.
TELESECTOR RESOURSES GROUP INC. and
VERIZON ADVANCED DATA INC. DEFENDANT

05-40043 FDS

125 High St. Boston MA 02110

## MOTION TO APPOINT COUNSEL

The Plaintiff is asking the court to appoint counsel on her behalf do to the reasons that she is currently disabled and is unable to afford the cost of an attorney. The Plaintiff is unable to represent herself due to lack of knowledge and ability. Also the Defendant has unlimited resources and will have a unfair advantage if the Plaintiff where to represent herself.

Elizabeth Leonard
Elizabeth Leonard
68 [illegible] T. [illegible]
Gardner MA 01440
3/7/05