# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: Elizabeth Leonard v.s. Verizon New England Inc.

FOR / AT: _____

PERSON REPRESENTED (Show your full name): _____

| | |
|---|---|
| 1 ☐ Defendant—Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☑ Other (Specify): Plaintiff | |

DOCKET NUMBERS
- Magistrate
- District Court
- Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT
- Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: Sep 2003
- How much did you earn per month? $ 3 days $1287.00
- If married is your Spouse employed? N/A ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### ASSETS

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
- RECEIVED: less than 9.00 — SOURCES: interest from security deposit
- $891.00 per month Soc. Security

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☑ Yes  ☐ No  IF YES, state total amount $61.00 of 10,00

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| | |

### DEPENDENTS
- MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: self
- List persons you actually support and your relationship to them: _____

### OBLIGATIONS & DEBTS

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| rent | Old English Village | $ 0 | $ 224 |
| Cable | Comcast | $ 125.00 | $ 125.00 |
| electric | mass electric | $ 200.00 | $ 47.00 |
| phone | access | $ 0 | $ 20.00 |
| others bills ? | | | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) May 22, 2005

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► *Elizabeth Leonard*