Verizon did discriminate against me as an individual and against my disabilities. I believe that Verizon planned to make my job as hard as they could in hopes that I would quit. I believe that they changed information in my employment record both while I was employed and afterwards. Verizon also blocked my efforts for justice by repeatedly breaking state law by not giving me a complete and accurate copy of my employement record when I repeatedly requested one. I was also denied copies of my grievances by the union I was in while working with Verizon. I have gone to MCAD and was told that there was not enough evidence; EEOC came to the same conclusion and told me that the next step was to go to federal court. After I recived the letter from EEOC, I then found evidence in the parts of the Verizon employment record I received that proved some of my employment statistics had been changed. After my employment was terminated Verizon told Mass Employment and Training that I lost my job because I could not perform my duties to their satisfaction and I was approved. Several months later (after I went to the MCAD) when I was denied assistance by the Mass Employment and Training I was told that Verizon had told Mass Employment and Training that I was fired for not following the code of business conduct- not the original reason of not being able to perform my duties. I have copies of this incident in my position.

    One example of how I was discriminated is:

        One day I was telling other employees about a situation I felt was unfair. Many of my coworkers agreed and we were talking about going to the union or having a petion filled out to bring to the union. My current manager walked around the corner as my coworkers and I were speaking. I went to talk to her about the problem and she said exactly, "I don't want to hear it." Later that day she told me I was suspended after my observation and then two weeks later I was fired. I believe the incident about the problem I was discussing with my coworkers could be part of the reason I was suspended and fired.

                                                                                   6/29/05

                                                                                  Elizabeth Leonard
                                                                                   V.
                                                                                  Verizon