UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Leonard,
                Plaintiff

                                        CIVIL ACTION
          v.                            NO. 05-40043-FDS

Verizon New England, Inc.,
                Defendant

ORDER OF DISMISSAL

SAYLOR, D.J.

     Plaintiff not having complied with this Court's Order of
2/14/06, it is hereby ORDERED that the above-entitled action be and
hereby is dismissed.


                              By the Court,


    4/5/06                    /s/ Martin Castles
     Date                     Deputy Clerk
                              508-929-9904